IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLIS FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-11-MEF |
| ) | WO |
| CHARLIE C. WILLIAMS, *et al.,*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge filed on January 22, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on January 8, 2010 is adopted;

3. This action is DISMISSED for lack of subject matter jurisdiction.

DONE this the 16th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE